DELANEY, Appellant, v. LEVY, Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by Kate Delaney against Charles Levy.

PER CURIAM. Final and interlocutory judgments reversed, with costs, and demurrer overruled, with costs, with leave to answer upon payment of costs within 10 days, on the authority of O'Rourke v. Hall, 38 App. Div. 534, 56 N. Y. Supp. 471.

DELANEY, Appellant, v. LEVY, Respondent. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by Kate Delaney against Charles Levy. No opinion. Motion for reargument, or for leave to appeal to the court of appeals, denied.

DELMAR et al., Appellants, v. DELMAR, Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by Mary Delmar and Delia Delmar against Eliza Jane Delmar, individually and as executrix under the last will and testament of John Delmar, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

In re DEPARTMENT OF PUBLIC PARKS. In re LIVINGSTON. (Supreme Court, Appellate Division, First Department. April 19, 1901.) In the matter of the department of public parks and in the matter of Livingston. No opinion. Motion to confirm referee's report granted.

DEVITT, Respondent, v. PROVIDENCE WASHINGTON INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by John J. Devitt aginst the Providence Washington Insurance Company. No opinion. The order transferring the case to the First department is revoked, and a reargument ordered for Thursday, April 25, 1901. See 69 N. Y. Supp. 1133.

DIETZ v. BUSK et al. (Supreme Court, Appellate Division, First Department. May 17, 1901.) Action by Isidore J. Dietz against William H. Busk and others. No opinion. Motion granted, with $10 costs.

DIKE, Respondent, v. AMERICAN LINSEED CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by Norman S. Dike against the American Linseed Company. No opinion. Interlocutory judgment affirmed, with costs.

DILLON, Respondent, v. PARKER et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 26, 1901.) Action by Harry A. Dillon against George S. Parker and Edward R. Parker. No opinion. Orders affirmed, with $10 costs in one appeal and disbursements in both.

DINSDORF, Appellant, v. HENCKEN, Respondent. (Supreme Court, Appellate Division, First Department. April 29, 1901.) Action by Louis Dinsdorf against Hancke Hencken. T.

Smith, for appellant. F. V. Johnson, for respondent. No opinion. Judgment and order affirmed, with costs.

DITTMAR v. GOULD et al. (Supreme Court, Appellate Division, First Department. April 19, 1901.) Action by Anton J. Dittmar against George J. Gould and others. No opinion. Motion denied, with $10 costs.

DOWD, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1901.) Action by Mary Dowd, as administratrix, etc., against the New York, Ontario & Western Railway Company. No opinion. Judgment and order affirmed, with costs. All concur, except WILLIAM, J., who dissents.

DRIFFILL, Appellant, v. COWLES, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 30, 1901.) Action by Gerrie E. Driffill against Horace N. Cowles. No opinion. Plaintiff's exceptions overruled, and motion for a new trial denied, with costs, and judgment ordered for the defendant on the verdict.

DRISCOLL v. VILLAGE OF SENECA FALLS. (Supreme Court, Appellate Division, Fourth Department. May 21, 1901.) Action by Bridget A. Driscoll against the village of Seneca Falls. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs.

DURBROW, Respondent, v. GRACIE, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1901.) Action by Sarah E. Durbrow against Archibald Gracie. No opinion. Judgment of the municipal court affirmed, with costs.

DUTCHESS TOOL CO., Respondent, v. KOLB, Appellant. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by the Dutchess Tool Company against Louis J. Kolb. No opinion. Judgment affirmed, with costs, upon the law and facts, upon authority of Tool Co. v. Kolb, 44 App. Div. 624, 60 N. Y. Supp. 94.

EDMONDSON, Appellant, v. HAMILTON, Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by Hannah Edmondson, etc., against Josephine Hamilton, individually and as executrix, etc. No opinion. Motion for reargument, or for leave to appeal to the court of appeals, denied. See 69 N. Y. Supp. 857.

In re ELIAS' ESTATE. (Supreme Court, Appellate Division, First Department. April 29, 1901.) In the matter of the estate of Ellis H. Elias, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

ERIE R. CO., Respondent, v. STEWARD et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Ac-